UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AWARE INTEGRATED, INC.**, et al.,<br><br>Plaintiffs,<br>v.<br><br>**ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services,<br><br>and<br><br>**MEHMET OZ**, in his official capacity as Administrator, Centers for Medicare and Medicaid Services,<br><br>Defendants. | Case No. 1:25-cv-00710-SLS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Aware Integrated, Inc. ("Aware") and BCBSM, Inc. ("BCBSM," and collectively with Aware, "Plaintiffs") hereby provide notice that they voluntarily dismiss this action without prejudice. Defendants have not served an answer or motion for summary judgment. Accordingly, Plaintiffs provide notice of voluntary dismissal without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 23, 2025

Respectfully submitted,

*/s/ Lesley C. Reynolds*

Lesley C. Reynolds (D.C. Bar No. 487580)
Lara E. Parkin (D.C. Bar No. 475974)

1

David A. Bender (D.C. Bar No. 1030503)
REED SMITH LLP
1301 K Street, N.W. Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com
lparkin@reedsmith.com
dbender@reedsmith.com

*Attorneys for Plaintiffs Aware Integrated, Inc. and BCBSM, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May 2025, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system.

*/s/ Lesley C. Reynolds*
Lesley C. Reynolds